PROB 12C
(6/16)

Report Date: June 13, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Anthony Joseph Speelman | Case Number: 0980 4:16CR06004-RLP-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉ Spokane, Washington 99218 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 144 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Meghan M. McCalla | Date Supervision Commenced: January 3, 2025 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 2, 2030 | |

## PETITIONING THE COURT

To issue a warrant.

On January 7, 2025, a supervision intake was completed with Anthony Speelman. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, approximately two times per week from on or about April 5 to 22, 2025. |
| | On June 3, 2025, the undersigned officer spoke with Mr. Speelman's community corrections officer (CCO) with the Washington State Department of Corrections (WADOC). The CCO advised that on April 22, 2025, Mr. Speelman was subjected to an oral swab for the purposes of testing for controlled substances. They received a lab report that confirmed a positive presence for methamphetamine and cocaine. |

Prob12C
Re: Speelman, Anthony Joseph
June 13, 2025
Page 2

On June 13, 2025, Mr. Speelman admitted consuming methamphetamine regularly through the month of April 2025. He advised he had a surgery on April 1, 2025. He advised that he was concerned over the pain he may experience from a bowel movement due to the recent surgery, so he started consuming methamphetamine around April 5, 2025, and continued to consume methamphetamine approximately two times per week until approximately April 22, 2025, in order to avoid having a bowel movement.

2   **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about April 22, 2025.

On June 3, 2025, the undersigned officer spoke with Mr. Speelman's Community Corrections Officer (CCO) with the Washington State Department of Corrections (WADOC). The CCO advised that on April 22, 2025, Mr. Speelman was subjected to an oral swab for the purposes of testing for controlled substances. They received a lab report that confirmed a positive presence for methamphetamine and cocaine.

3   **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 6, 2025.

On June 3, 2025, the undersigned officer spoke with Mr. Speelman's community corrections officer (CCO) with the Washington State Department of Corrections (WADOC). The CCO advised that on May 6, 2025, Mr. Speelman was subjected to an oral swab for the purposes of testing for controlled substances. They received a lab report that confirmed a positive presence for methamphetamine.

4   **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to appear for a urinalysis test on or about May 30, 2025.

On May 29, 2025, during a contact at Mr. Speelman's residence, he was directed to report to Pioneer Human Services (PHS) the next day to submit to a urinalysis test. Mr. Speelman failed to appear for a urinalysis testing on May 30, 2025.

Prob12C
Re: Speelman, Anthony Joseph
June 13, 2025
Page 3

| | | |
|---|---|---|
| 5 | | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 27, 2025.

On June 2, 2025, Anthony Speelman reported to the U.S. Probation Office. He submitted to a urinalysis test, which tested presumptive positive for methamphetamine. At that time, he admitted to consuming methamphetamine on May 27, 2025, and signed a drug use admission form.

6    **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about June 2, 2025.

On June 2, 2025, Anthony Speelman reported to the U.S. Probation Office. He submitted to a urinalysis test, which tested presumptive positive for methamphetamine. Mr. Speelman noted his last date of use as May 27, 2025. A lab report has since been received noting a positive presence for methamphetamine, which would not be consistent with his last date of use being 5 days prior. It should also be noted that the sample was noted to be a dilute specimen, which suggests efforts to circumvent testing.

7    **Standard Condition #9:** If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to report law enforcement contact on or about June 4, 2025.

On June 11, 2025, the undersigned officer received information that on June 4, 2025, Mr. Speelman was detained leaving a Walmart store after he exited the establishment without paying for merchandise. Mr. Speelman was cuffed, identified and the items were returned. Due to the low dollar amount of the items, he was released and not charged.

Mr. Speelman did not report this law enforcement contact. On June 13, 2025, he was confronted with the information. He indicated he had not reported it yet because he and the undersigned had not spoken yet.

Prob12C
Re: Speelman, Anthony Joseph
June 13, 2025
Page 4

8     **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to appear for a urinalysis testing on or about June 11, 2025.

On June 11, 2025, at approximately 8:15 a.m., the undersigned officer left Mr. Speelman a voice message and sent him a text message directing him to report for a urinalysis testing that same day. He was reminded that Pioneer Human Services (PHS) closes promptly at 7 p.m., and to arrive early to ensure he had enough time to produce a sample.

PHS advised Mr. Speelman failed to appear for a urinalysis as directed on June 11. 2025.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 13, 2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[x]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the      Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[x]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

June 13, 2025
Date