PROB 12C
(6/16)

Report Date: June 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Joseph Speelman | Case Number: 0980 4:16CR06004-RLP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ | Spokane, Washington 99218 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 144 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: January 3, 2025 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 2, 2030 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/13/2025.

On January 7, 2025, a supervision intake was completed with Anthony Speelman. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about June 13, 2025. |
| | On June 13, 2025, Mr. Speelman reported to the United States Probation Office. During this contact he submitted to a urinalysis, which tested presumptive positive for methamphetamine. Mr. Speelman denied recent use and the sample was sent to the lab for additional testing. A lab report has since been received confirming a positive presence fo methamphetamine. |

Prob12C
Re: Speelman, Anthony Joseph
June 24, 2025
Page 2

| | |
|---|---|
| 10 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to report as directed, on or about June 23, 2025.

On June 13, 2025, during an office contact, Mr. Speelman was directed to report again on June 23, 2025, at 7:30 a.m. Mr. Speelman asked to report sooner than June 23, 2025, to prove to the undersigned that he was making positive changes. He was therefore scheduled to report on June 18, and June 23, 2025.

On June 16, 2025, Mr. Speelman left a voice mail message advising he could not report on June 18, 2025, as it conflicted with his substance abuse evaluation that was scheduled for the same time. He also advised in his message that he would report on June 23, 2025, as scheduled.

On June 23, 2025, Mr. Speelman did not report at 7:30 a.m. as directed. At approximately 12 p.m. he called the undersigned officer at which time he was questioned as to why he did not report as directed. He indicated he did not know he was supposed to report. He was reminded that he even left the undersigned a message confirming he would report as scheduled on June 23, 2025. He indicated he must have forgotten.

| | |
|---|---|
| 11 | **Special Condition #3**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to attend a substance abuse evaluation as scheduled, on or about June 18, 2025.

On June 18, 2025, Mr. Speelman was scheduled to complete a substance abuse evaluation with Pioneer Human Services (PHS). PHS staff advised that he was late for his appointment, therefore they were unable to meet with him and he was rescheduled to June 20, 2025.

| | |
|---|---|
| 12 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, Adderall, at least every other day from on or about May 1, to June 19, 2025.

On June 23, 2025, Mr. Speelman attended an admit appointment with PHS to enroll in outpatient services. During this appointment he disclosed that he had taken Adderall, which

Prob12C
Re: Speelman, Anthony Joseph
June 24, 2025
Page 3

was not prescribed to him and advised he was not aware that taking such a substances was a violation.

On June 24, 2025, Mr. Speelman reported to the probation office. His use of Adderall was discussed. He admitted to consuming his brother's Adderall prescription starting around May 1, 2025, with his last use of Adderall being on June 19, 2025. He signed a drug use admission form reflecting this admitted use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/24/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer
06/24/2025
Date