PROB 12C
(6/16)

Report Date: July 1, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2025

SEAN F. McAVOY, CLERK

Name of Offender: Anthony Joseph Speelman    Case Number: 0980 4:16CR06004-RLP-1

Address of Offender:    Spokane, Washington 99218

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 144 months; TSR - 60 months |
| Asst. U.S. Attorney: | Meghan McCalla |
| Defense Attorney: | Federal Public Defender |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 3, 2025

Date Supervision Expires: January 2, 2030

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/13/2025 and 6/24/2025.

On January 7, 2025, a supervision intake was completed with Anthony Speelman. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about June 24, 2025.<br><br>On June 24, 2025, Mr. Speelman reported to the United States Probation Office. During that contact he submitted to a urinalysis, which tested presumptive positive for methamphetamine. Mr. Speelman denied recent use and the sample was sent to the lab for |

Prob12C
Re: Speelman, Anthony Joseph
July 1, 2025
Page 2

additional testing. A lab report has since been received confirming a positive presence for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/01/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/1/2025

Date