PROB 12C
(6/16)

Report Date: September 11, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 11, 2025
SEAN F. MCAVOY, CLERK

ECF No. 108

Name of Offender: Anthony Joseph Speelman    Case Number: 0980 4:16CR06004-RLP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99218

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance: 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Original Sentence: | Prison - 144 months; TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla |
| Date Supervision Commenced: | January 3, 2025 |
| Defense Attorney: | Adrian Fox |
| Date Supervision Expires: | January 2, 2030 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/13/2025, 6/24/2025 and 07/01/2025.

On January 7, 2025, a supervision intake was completed with Anthony Speelman. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |
| | **Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by associating with a known felon without prior approval, on or about August 27, 2025. |
| | On August 27, 2025, a home visit was conducted at Mr. Speelman's residence. During this contact the undersigned officer observed a number of items in the residence that appeared to belong to a female. Mr. Speelman was questioned about this. Although he was initially vague, he ultimately admitted to spending time with a female who the undersigned officer |

is familiar with as having a long felony criminal history and who was also supervised by the Eastern District of Washington. Mr. Speelman was advised to cease contact.

Later that same day, the undersigned returned to his residence to follow up on concerns that he missed treatment due to a need to go to the emergency room.

Upon arrival at his residence, the door was answered by the same female noted above. She indicated Mr. Speelman did not inform her that he is not to associate with her. She further noted that he was not home as he had gone to the emergency room, which shows Mr. Speelman had contact with her since the previous home visit that day.

15    **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to appear for a random urinalysis on or about August 14, 2025.

On August 12, 2025, Mr. Speelman reported to the probation office. At that time, he was advised of the expectation to return to calling the drug testing line daily. Mr. Speelman is expected to call the drug testing line daily to determine if he is required to appear at Pioneer Human Services (PHS) that same day.

PHS advised that Mr. Speelman failed to appear for a random urinalysis on August 14, 2025.

16    **Special Condition # 4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about August 19, 2025.

Anthony Speelman is also supervised by the Washington State Department of Corrections (WADOC). On August 19, 2025, WADOC conducted a drug test via a mouth swab/oral fluids test. Their lab report has since been received and confirmed a positive presence for both methamphetamine and amphetamine.

On August 21, 2025, Mr. Speelman reported to the probation office. A urine sample was collected that tested presumptive positive for methamphetamine and amphetamine. Mr. Speelman denied use and the sample was sent to the lab for additional testing. The lab report has since been received noting a positive presence for both methamphetamine and amphetamine. Mr. Speelman continues to deny use despite the confirmation of two positive lab reports, collected by two different agencies and two different methods of testing.

Prob12C
Re: Speelman, Anthony Joseph
September 11, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/11/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

9/11/2025
Date