PROB 12C
(6/16)

Report Date:  September 12, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2025

SEAN F. McAVOY, CLERK

ECF No. 113

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Speelman          Case Number: 0980 4:16CR06004-RLP-1

Address of Offender: ███████████████ Spokane, Washington 99218

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 144 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: January 3, 2025 |
| Defense Attorney: | Adrian L. Fox | Date Supervision Expires: January 2, 2030 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/13/2025,  6/24/2025, 07/01/2025 and 9/11/2025.

On January 7, 2025, a supervision intake was completed with Anthony Speelman.  He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 17 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about August 28, 2025. |
| | On August 28, 2025, a sweat patch was applied to Mr. Speelman.  On September 3, 2025, the sweat patch was removed, packaged and sent to the lab for testing.  There were concerns that the sweat patch had been tampered with as there appeared to be excessive liquid underneath the application.   It was so wet that clear liquid was running down Mr. |

Prob12C

**Re: Speelman, Anthony Joseph**
**September 12, 2025**
**Page 2**

Speelman's arm from the application site, which is unusual, as the adhesive material is designed to take in liquid or for liquid to exit. Mr. Speelman claimed that it was hot and he sweats a lot; however, the undersigned officer did not observe sweat on any other part of his body.

A lab report has since been received and noted a positive presence for both methamphetamine and amphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     09/12/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[ x ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[ x ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

Date September 18, 2025