PROB 12C
(6/16)

Report Date: September 26, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2025

SEAN F. McAVOY, CLERK

ECF No. 121

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Speelman         Case Number: 0980 4:16CR06004-RLP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, WA 99201

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance, Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 144 months<br>TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla |
| Date Supervision Commenced: | January 3, 2025 |
| Defense Attorney: | Adrian L. Fox |
| Date Supervision Expires: | January 2, 2030 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/13/2025, 06/24/2025, 07/01/2025, 09/11/2025 and 09/12/25.

On January 7, 2025, a supervision intake was completed with Anthony Speelman. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

On July 16, 2025, Mr. Speelman appeared for a supervised release revocation hearing. At that time, his conditions of supervised were modified to include placement at a residential reentry center, as the direction of the supervising officer.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to abide by a directive of the probation officer, on or about September 15, 2025.<br><br>On September 10, 2025, Mr. Speelman reported. At that time, he was advised placement for the residential reentry center (RRC) was secured for September 15, 2025. He was advised he would be expected to report by 12 p.m., that day. |

Prob12C
**Re: Speelman, Anthony Joseph**
**September 26, 2025**
**Page 2**

    At 11 a.m., on September 15, 2025, he reported to the probation office as directed to have his sweat patch removed prior to admitting into the RRC. He was directed to report to the RRC after leaving the probation office to ensure he was there by 12 p.m.

    Mr. Speelman then proceeded to call the RRC after he left the probation office to make sure they would accept him after 12 p.m.

    Mr. Speelman did arrive at the RRC on September 15, 2025, but did not arrive until approximately 3 p.m.

19    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

    **Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by being in possession of a dangerous weapon, specifically a pair of brass knuckles, on or about September 17, 2025.

    Mr. Speelman's vehicle was searched by the RRC on September 17, 2025. They located and confiscated a pair a brass knuckles that were located inside the vehicle.

20    **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about September 10, 2025.

    On September 10, 2025, a sweat patch was applied to Mr. Speelman. On September 15, 2025, the sweat patch was removed, packaged and sent to the lab for testing.

    A lab report has since been received and noted a positive presence for both methamphetamine and amphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 26, 2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Speelman, Anthony Joseph
September 26, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

9/26/2025
_____
Date