FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY J. SPEELMAN, <br><br> Defendant. | No: 4:16-cr-06004-RLP-1 <br><br> ORDER GRANTING MOTION TO QUASH WARRANT AND DIRECTING ISSUANCE OF SUMMONS |

Before the Court is Mr. Speelman's Expedited Motion to Quash Warrant. ECF No. 142. An arrest warrant was issued by this Court on June 26, 2026, based on allegations that Mr. Speelman violated the conditions of supervised release. ECF No. 135, 140. The Motion indicates that Mr. Speelman has entered inpatient treatment which is verified by a letter from Mr. Speelman's counselor. EC No. 142-1. Mr. Speelman requests the warrant be quashed so he can continue inpatient treatment, and further requests a summons be issued directing Mr. Speelman to appear for an initial appearance on the alleged violations of supervised release on July 10, 2026.

ORDER GRANTING MOTION TO QUASH WARRANT
AND DIRECTING ISSUANCE OF SUMMONS ~ 1

The Court has considered the motion and the files and records herein and finds good cause to grant the request.

Accordingly, **IT IS ORDERED:**

1. The Expedited Motion, **ECF No. 142**, is **GRANTED**.

2. The Arrest Warrant dated June 26, 2026, **ECF No. 140**, is hereby **QUASHED**.

3. A **Summons** shall be issued incorporating the violations contained in the petition dated June 26, 2026, ECF No. 140, with the other violations pending before the Court.

4. Defendant shall appear as previously scheduled before Magistrate Judge James A. Goeke in Spokane Courtroom 740 on July 10, 2026 at 1:30 p.m.

The District Court Clerk is directed to enter this Order, provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Office.

**DATED** July 6, 2026.

REBECCA L. PENNELL
United States District Judge

ORDER GRANTING MOTION TO QUASH WARRANT
AND DIRECTING ISSUANCE OF SUMMONS ~ 2