PROB 12C
(6/16)

Report Date:  June 22, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 22, 2026

SEAN F. McAVOY, CLERK

ECF No 135

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Speelman          Case Number: 0980 4:16CR06004-RLP-1

Address of Offender: ██████████████  Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza Jr., U.S. District Judge
Name of Supervising  Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance: 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 144 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Brandon Pang | Date Supervision Commenced: January 3, 2025 |
| Defense Attorney: | Adrien Fox | Date Supervision Expires: January 2, 2030 |

### PETITIONING THE COURT

To issue a summons.

On January 7, 2025, a supervision intake was completed with Anthony Speelman.  He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 9, 2026.

On May 12, 2026, Anthony Speelman reported to the U.S. Probation Office.  He submitted to a urinalysis.  The sample was presumptive positive for methamphetamine.  Mr. Speelman admitted to consuming methamphetamine on May 9, 2026, and signed a drug use admission form.

**Prob12C**
**Re: Speelman, Anthony Joseph**
**June 22, 2026**
**Page 2**

2      **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 22, 2026.

Anthony Speelman is enrolled in random drug testing with Pioneer Human Services (PHS), which requires him to call the drug testing line daily to determine if he is expected to report that same day for drug testing.

On May 26, 2026, he appeared at PHS and submitted to a urinalysis. He submitted to a urinalysis. The sample was presumptive positive for methamphetamine. Mr. Speelman admitted to using methamphetamine on May 22, 2026, and signed a drug use admission form.

3      **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to appear for a random urinalysis, on or about May 29, 2026.

Anthony Speelman is enrolled in random drug testing with Pioneer Human Services (PHS), which requires him to call the drug testing line daily to determine if he is expected to report that same day for drug testing.

On May 26, 2026, he was expected to appear at PHS for a urinalysis, but failed to do so.

4      **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 31, 2026.

On June 3, 2026, Anthony Speelman reported to the U.S. Probation Office. He submitted to a urinalysis. The sample was presumptive positive for methamphetamine. Mr. Speelman admitted to using on May 31, 2026 and signed a drug use admission form.

5      **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Prob12C**

**Re: Speelman, Anthony Joseph**
**June 22, 2026**
**Page 3**

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about June 5, 2026.

On June 5, 2026, Anthony Speelman reported to the U.S. Probation Office. He submitted to a urinalysis. The sample was presumptive positive for methamphetamine. Mr. Speelman denied use that would be consistent with being positive this date. A lab report has since been received confirming a positive presence for methamphetamine.

6        **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to appear for a random urinalysis, on or about June 11, 2026.

Anthony Speelman is enrolled in random drug testing with Pioneer Human Services (PHS), which requires him to call the drug testing line daily to determine if he is expected to report that same day for drug testing.

On June 11, 2026, he was expected to appear at PHS for a urinalysis, but failed to do so.

7        **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to appear for a random urinalysis, on or about June 15, 2026.

Anthony Speelman is enrolled in random drug testing with Pioneer Human Services (PHS), which requires him to call the drug testing line daily to determine if he is expected to report that same day for drug testing.

On June 15, 2026, he was expected to appear at PHS for a urinalysis, but failed to do so.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/22/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C

**Re: Speelman, Anthony Joseph**
**June 22, 2026**
**Page 4**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

June 22, 2026
_____
Date