PROB 12C
(6/16)

Report Date:  June 26, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2026

SEAN F. McAVOY, CLERK

# United States District Court

### for the

### Eastern District of Washington

ECF No 138

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Joseph Speelman        Case Number: 0980 4:16CR06004-RLP-1

Address of Offender: ███████████ Spokane, Washington  99223

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza Jr., U.S. District Judge
Name of Supervising  Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Controlled Substance: 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Original Sentence: | Prison - 144 months; TSR - 60 months |
| Asst. U.S. Attorney: | Brandon Pang |
| Defense Attorney: | Adrien Fox |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 3, 2025

Date Supervision Expires: January 2, 2030

---

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on June 22, 2026.

On January 7, 2025, a supervision intake was completed with Anthony Speelman.  He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Anthony Speelman violated the terms of his supervised release by failing to appear for a random urinalysis, on or about June 24, 2026.

Anthony Speelman is enrolled in random drug testing with Pioneer Human Services (PHS), which requires him to call the drug testing line daily to determine if he is expected to report that same day for drug testing.

On June 24, 2026, he was expected to appear at PHS for a urinalysis, but failed to do so.

Prob12C
**Re: Speelman, Anthony Joseph**
**June 26, 2026**
**Page 2**

9        **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**:  It is alleged that Anthony Speelman violated the terms of his supervised release by failing to report as directed, on or about June 25, 2026.

On June 18, 2025, Mr. Speelman to the U.S. Probation Office. During this contact, the undersigned officer directed him to report again at 3:30 p.m., on June 25, 2026.

On June 25, 2026, Mr. Speelman failed to report.

10       **Special Condition #3:** You shall undergo a substance abuse evaluation and, if indicted by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the order.  You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**:  It is alleged that Anthony Speelman violated the terms of his supervised release by failing to attend substance abuse treatment services, on or about June 25, 2026.

Mr. Speelman is enrolled is substance abuse outpatient treatment at Pioneer Human Services (PHS).  Mr. Speelman is scheduled to attend substance abuse group classes every Thursday. In addition, he is expected to attend monthly individual counseling sessions with his primary substance abuse counselor.

On Thursday June 25, 2026, Mr. Speelman was scheduled for an individual counseling session with his substance abuse treatment counselor followed by his scheduled substance abuse group class. PHS advised that Mr. Speelman failed to appear for both of his scheduled appointments on June 25, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 26, 2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C

**Re: Speelman, Anthony Joseph**
**June 26, 2026**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

6/26/2026
_____
Date